IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALAN HECKER,

    Plaintiff,                    No. CIV S-06-1115 LKK DAD P

    vs.

K. MYLES, et al.,

    Defendants.          ORDER

_____/

        This action was closed and judgment entered on July 6, 2007. Plaintiff filed a notice of appeal on July 18, 2007. On August 1, 2007, plaintiff filed a motion to proceed in forma pauperis. The motion will be denied. The court determined that leave to proceed in forma pauperis should be denied because plaintiff's complaint failed to state a claim. See Findings and Recommendations, filed 3/20/07; Order, filed 7/6/07.

        On July 9, 2007, plaintiff filed a document styled, "Motion For Judicial Notice Of Attached Evidence For Criteria." The document will be placed in the file and disregarded.

        On July 18, 2007, plaintiff filed a document styled, "Motion To Amend Findings And 7/6/07 Judgment," in which plaintiff requests rehearing or reconsideration of the judgment, amendment of the findings and recommendations, amendment of the judgment, and judicial notice of attached documents which discusses symptoms and management of mental illness.

1  This document shall also be placed in the file and disregarded. Plaintiff is advised that
2  documents filed by plaintiff since the date this action was closed will be disregarded and no
3  orders will issue in response to future filings.
4        Accordingly, IT IS HEREBY ORDERED that:
5        1. Plaintiff's August 1, 2007 request for in forma pauperis status is denied;
6        2. Plaintiff's documents filed on July 9, 2007 and July 18, 2007, shall be placed
7  in the file and disregarded; and
8        3. No further orders will issue in response to future filings by plaintiff.
9  DATED: August 3, 2007.

                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:4
heck1115.58

2